IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| In the Matter of<br><br>___Pete Domenici___,<br>Unregistered Attorney. | NC-05-006-PHX-SMM<br><br>**ORDER TO SHOW CAUSE FOR FAILURE TO COMPLY WITH ELECTRONIC FILING REQUIREMENTS** |

Counsel for Plaintiff, having failed to file electronically pursuant to the Court's Administrative Policies and Procedures Manual in the following case(s):

CV 05-315 PHX FJM, documents 29, 31, 34, and 37

IT IS ORDERED that on or before __October 12, 2005__, counsel shall submit a response to this Order showing good cause for counsel's failure to either file electronically as required by General Order 05-17, or seek relief from such requirement pursuant to Section I.B.3. of the Court's Administrative Policies and Procedures Manual.

DATED this __15__ day of __September__, 2005

_____
Stephen M. McNamee
Chief United States District Judge

cc: Pete Domenici 9/19