Pete V. Domenici, Jr., Esq.
Domenici Law Firm, P.C.
320 Gold Avenue SW, Suite 1000
Albuquerque, New Mexico 87102
(505) 883-6250

### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| IN THE MATTER OF, ) <br> PETE DOMENICI, JR., ) <br> UNREGISTERED ATTORNEY ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> _____ ) | NC-05-006-PHX-SMM <br><br><br><br> **RESPONSE TO ORDER TO SHOW** <br> **CAUSE FOR FAILURE TO COMPLY** <br> **WITH ELECTRONIC FILING** <br> **REQUIREMENTS** |

**COMES NOW** Pete V. Domenici, Jr., unregistered pro hac vice attorney in the United States District Court for the District of Arizona, and for his Response to Order to Show Cause for Failure to Comply with Electronic Filing Requirement, states that as required by General Order 05-17, prior to September 28, 2005, Domenici Law Firm, P.C. lacked both the hardware and software necessary to execute electronic filings. As of September 28, 2005, Domenici Law Firm has the required hardware and software for electronic filing of documents in the U.S. District Court for the District of Arizona and is now in compliance with General Order 05-17.

Respectfully submitted,

DOMENICI LAW FIRM, P.C.

/s/ Pete V. Domenici, Jr., Esq.
PETE V. DOMENICI, JR., Esq.
320 Gold Avenue SW, Suite 1000
Albuquerque, New Mexico 87102
(505) 883-6250

I hereby certify that a true and correct

Copy of the foregoing was mailed to
Opposing counsel this _____ day
Of _____, 2005.

/s/ Pete V. Domenici, Jr., Esq.
PETE V. DOMENICI, JR., Esq.

```
MIME-Version:1.0
From:azddb_responses@azd.uscourts.gov
To:azddb_nefs@azd.uscourts.gov
Bcc:djohnsen@omlaw.com,jblanchard@omlaw.com,jwashburn@domenicilaw.com,kdourlein@omla
Message-Id:<239106@azd.uscourts.gov>
Subject:Activity in Case 2:05-cv-00315-FJM Krolik v. United States Medica, et al "Re
```

Content-Type: text/html

**\*\*\*NOTE TO PUBLIC ACCESS USERS\*\*\* You may view the filed documents once without charge. To avoid later charges, download a copy of each document during this first viewing.**

### U.S. District Court

### DISTRICT OF ARIZONA

Notice of Electronic Filing

The following transaction was received from Domenici, Pete entered on 10/5/2005 at 9:26 AM MST and filed on 10/5/2005
**Case Name:**        Krolik v. United States Medica, et al
**Case Number:**    2:05-cv-315
**Filer:**                  Ralph E Krolik
**Document Number:** 48

**Docket Text:**
RESPONSE TO ORDER TO SHOW CAUSE by Ralph E Krolik. (Domenici, Pete)

The following document(s) are associated with this transaction:

**Document description:**Main Document
**Original filename:**n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1096393563 [Date=10/5/2005] [FileNumber=239104-0]
[274f31b5f4f9293c49be585fc3aa03096a83db4e5ed463b8d4b2f3d0672d31b4efab
a1f7a5b99dd3415361b002e3301552da89f757738592f585bea7228e8215]]

**2:05-cv-315 Notice will be electronically mailed to:**

John Laxson Blanchard    jblanchard@omlaw.com, ljensen@omlaw.com,ecfdc@omlaw.com

Pete V Domenici , Jr    pdomenici@domenicilaw.com, jwashburn@domenicilaw.com

Ronda R Fisk    rfisk@omlaw.com, ljensen@omlaw.com,ecfdc@omlaw.com

Diane M Johnsen    djohnsen@omlaw.com, kdourlein@omlaw.com,ecfdc@omlaw.com

**2:05-cv-315 Notice will be delivered by other means to:**